**Order entered June 17, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01738-CV

**LEONARD R. THOMAS, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-12-31766**

## ORDER

We **GRANT** appellant's June 13, 2014 motion for an extension of time to file an amended brief. Appellant shall file his amended brief on or before **JULY 14, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
        JUSTICE